IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| OTIS DAVIS, SR., Individually, <br> DOROTHY O. JACKSON, Individually, <br> and LASANDRA TRAVIS-DAVIS, <br> Individually and as the Administrator <br> of the Estate of Decedent, <br> BERTRAND SYJUAN DAVIS, <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW TERRY, <br><br> Defendant. | Civil Action No. 3:16-CV-2548-L |

---

### DEFENDANT MATTHEW TERRY'S EXHIBIT LIST
---

TO THE HONORABLE COURT:

Defendant Matthew Terry, pursuant to the Court's Fifth Amended Scheduling Order, entered on 28 January 2021 (ECF No. 96), files his exhibit list.

Defendant reserves the right to introduce additional exhibits as may be necessary for purposes of demonstration, impeachment, refreshing recollection, optional completeness, or in rebuttal of the Plaintiffs' evidence, or for any other purpose permissible under the Federal Rules of Evidence.

Respectfully submitted,

CITY ATTORNEY OF THE CITY OF DALLAS

Christopher J. Caso
City Attorney

s/ *Lindsay Wilson Gowin*
Lindsay Wilson Gowin
Senior Assistant City Attorney
Texas State Bar No. 24111401
lindsay.gowin@dallascityhall.com

Devin Alexander
Senior Assistant City Attorney
Texas State Bar No. 24104554
devin.alexander@dallascityhall.com

J. Cheves Ligon
Senior Assistant City Attorney
Texas State Bar No. 24070147
john.ligon@dallascityhall.com

7DN Dallas City Hall
1500 Marilla Street
Dallas, Texas 75201
Telephone:   214-670-3519
Facsimile:   214-670-0622

*Attorneys for Defendant Matthew Terry*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2021, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the CM/ECF system which will send notification to case participants registered for electronic notice. I further certify that to the extent applicable I have served all case participants not registered for electronic notice by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

s/ Lindsay Wilson Gowin
Senior Assistant City Attorney

# EXHIBIT A

## DEFENDANT'S EXHIBIT LIST

| DX No. | Description | Pre-Admit | Offered | Admitted |
|---|---|---|---|---|
| 1 | Schematic diagram of location, 3610 Penelope Street, Dallas, Texas, displaying evidence markers and Evidence Marker Key (S. Kearney), COD 000151-153 | | | |
| 2 | DPD Incident Detail Report, Inc. No. 15-1737917, COD 000001-5 | | | |
| 3 | Dallas County Medical Examiner Autopsy Report for Case No. IFS-15-13854-ME, COD 000417-428 | | | |
| 4 | Southwestern Institute of Forensic Sciences Test Report – DNA, Lab No. IFS-15-13854-0023, COD 000175-179 | | | |
| 5 | Southwestern Institute of Forensic Sciences Test Report - Serology, Lab No. IFS-15-13854-0012, COD 000433-434 | | | |
| 6 | Taser Download – Matthew Terry, COD000213-217 | | | |
| 7 | Taser Download – Scott Neal, COD000207-209 | | | |
| 8 | Taser Download – Rory Jones, COD000210-212 | | | |
| 9 | Photo – Davis on Hospital Gurney (deceased), 100_3076 | | | |
| 10 | Photo – Close Up of Entrance Wound, Right Chest, 100_3077 | | | |
| 11 | Photo – Taser Prongs Embedded in Left Chest, 100_3080 | | | |
| 12 | Photo – Burned House Interior, DSC_0062 | | | |
| 13 | Photo – House Exterior, Front View, DSC_0103 | | | |
| 14 | Photo – Driveway and Street View, DSC_0113 | | | |
| 15 | Photo – Burned House Exterior, DSC_0122 | | | |
| 16 | Photo – Burned House Exterior, DSC_0123 | | | |
| 17 | Photo – Burned House Exterior, DSC_0128 | | | |
| 18 | Photo – Burned House Exterior, DSC_0134 | | | |
| 19 | Photo – Davis Car – Taped Off, DSC_0137 | | | |
| 20 | Photo – Davis Car – Taped Off, DSC_0139 | | | |
| 21 | Photo – Davis Car – Taped Off, DSC_0140 | | | |
| 22 | Photo – Davis Car – Taped Off, DSC_0142 | | | |
| 23 | Photo – Davis Car – Taped Off, DSC_0143 | | | |
| 24 | Photo – Taser Debris on Ground By Davis Car (unmarked), DSC_0148 | | | |
| 25 | Photo – Casing on Ground by Davis Car (unmarked), DSC_0149 | | | |
| 26 | Photo – Close-Up, Casing on Ground by Davis Car (unmarked), DSC_0150 | | | |

| | | | | |
|---|---|---|---|---|
| 27 | Photo – Casing at Curb (unmarked), DSC_0152 | | | |
| 28 | Photo – Close-Up, Casing at Curb (unmarked), DSC_0153 | | | |
| 29 | Photo – Davis Car – View of Driver's Seat Area, DSC_0166 | | | |
| 30 | Photo – Davis Car – Blood Streaks on Exterior Rear Door, DSC_0168 | | | |
| 31 | Photo – Davis Car – Blood Streaks on Exterior Rear Door (close-up), DSC_0169 | | | |
| 32 | Photo – Evidence Markers on Driver's Side of Davis Car, DSC_0190 | | | |
| 33 | Photo – Marker 5 Casing (close-up), DSC_0204 | | | |
| 34 | Photo – Marker 6 Casing (close-up), DSC_0206 | | | |
| 35 | Photo – Davis Car – Blood Streaks on Exterior Rear Door (Markers A-C), DSC_0213 | | | |
| 36 | Photo – Davis Car – Driver's Side Interior, DSC_0222 | | | |
| 37 | Photo – Davis Car – Driver's Seat with Blood Streaks (unmarked), DSC_0225 | | | |
| 38 | Photo – Davis Car – Inside of Front Passenger Door, DSC_0233 | | | |
| 39 | Photo – Davis Car – Inside of Front Passenger Door, DSC_0234 | | | |
| 40 | Photo – Davis Car – Front Passenger Area, DSC_0236 | | | |
| 41 | Photo – Davis Car – Front Passenger Seat, DSC_0237 | | | |
| 42 | Photo – Davis Car – Front Passenger Floor Area, DSC_0238 | | | |
| 43 | Photo – Davis Car – Console (from passenger side), DSC_0241 | | | |
| 44 | Photo – Davis Car – Console Area (from driver's side), DSC_0243 | | | |
| 45 | Photo – Marker 8 (close-up), DSC_0268 | | | |
| 46 | Photo – Marker 11 (close-up), DSC_0279 | | | |
| 47 | Photo – Marker 12, DSC_0280 | | | |
| 48 | Photo – Photo – Marker 12, DSC_0281 | | | |
| 49 | Photo – Marker 12 (close-up), DSC_0282 | | | |
| 50 | Photo – Marker 12 (close-up), DSC_0283 | | | |
| 51 | Photo – Davis Car – Exterior of Front Passenger Door, DSC_0285 | | | |
| 52 | Photo – Drawer Beneath Front Passenger Seat, DSC_0293 | | | |
| 53 | Photo – Davis's Gun in Drawer, DSC_0294 | | | |
| 54 | Photo – Davis's Gun (close-up, blood smears), DSC_0297 | | | |
| 55 | Photo – Davis's Gun, DSC_0299 | | | |

| | | | | |
|---|---|---|---|---|
| 56 | Photo – Davis's Gun – close-up of model name (Sig Sauer P230), DSC_0310 | | | |
| 57 | Photo – Vacant Lot (view toward rear of lot), DSC_0311 | | | |
| 58 | Photo – Vacant Lot (view toward burned house), DSC_0312 | | | |
| 59 | Photo – Marker 15 in Vacant Lot, DSC_0314 | | | |
| 60 | Photo – Marker 15 (close-up – keys and bag), DSC_0318 | | | |
| 61 | Photo – Vacant Lot (view toward street), DSC_0320 | | | |
| 62 | Photo – Marker 14 (close-up, bagged), DSC_0323 | | | |
| 63 | Photo – Marker 17 - small pink pill on sidewalk, DSC_0329 | | | |
| 64 | Dallas County judgment and sentencing orders, *State v. Davis*, Case No. F-0149237-Q, conviction June 15, 2001, community supervision revoked June 22, 2007. | | | |
| 65 | Dallas County judgment and sentencing orders, *State v. Davis*, Case No. F-0748013, conviction date June 22, 2007 | | | |
| 66 | Dallas County judgment and sentencing orders, *State v. Davis*, Case No. F-0520344, conviction date June 22, 2007 | | | |
| 67 | Dallas County judgment and sentencing orders, *State v. Davis*, Case No. F-0520345, conviction date June 22, 2007 | | | |
| 68 | Dallas County judgment and sentencing orders, *State v. Davis*, Case No. F-1262452-V, conviction date June 5, 2015 | | | |
| 69 | Dallas County judgment and sentencing orders, *State v. Davis*, Case No. F-0150539, conviction date June 15, 2001 | | | |
| 70 | Photo – Sr. Cpl. Terry in Uniform, DSC_0002 | | | |
| 71 | DPD General Order 901.00 Response Continuum, COD000587-588 | | | |
| 72 | DPD General Order 906.00 Use of Deadly Force, COD000596 | | | |
| 73 | DPD General Order 907.00 Electronic Control Weapon, COD000597-600 | | | |
| 74 | DPD Use of Force Continuum, COD000602 | | | |
| 75 | Steven D. Ashley Curriculum Vitae and Case List | | | |
| 76 | Helen Reynolds Curriculum Vitae and Case List | | | |
| 77 | Texas Penal Code Ch. 28 | | | |
| 78 | Southwestern Institute of Forensic Sciences Test Report – Toxicology Analysis, Case No. IFS-15-13854-0023 | | | |
| 79 | Audio recording of Renaldo Christian's 911 Call (911.1 01.30.04pm) | | | |

| | | | | |
|---|---|---|---|---|
| 80 | DPD "Dash-Cam" video recording (Car #D351-Officer Rice) 13:40:08-14:34:01 | | | |
| 81 | DPD "Dash-Cam" video recording (Car #D351-Officer Rice) 14:48:31-14:49:24 | | | |
| 82 | Video recording of interview of Lee Davis, August 27, 2015 (to be offered if witness is unavailable) | | | |
| 83 | Video recording of interview of Iesha Washington, August 27, 2015 (to be offered if witness is unavailable) | | | |
| 84 | Video recording of interview of Jeanette McDaniel, August 27, 2015 (to be offered if witness is unavailable) | | | |
| 85 | Video recording of interview of Renaldo Christian August 27, 2015 (to be offered if witness is unavailable) | | | |
| 86 | Davis's Gun (firearm to be checked out of DPD inventory and brought to and from court by sworn officer) | | | |